UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-60545-CIV-MARRA/MATTHEWMAN

MEREDITH REDDING,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY,
INC. COLLEGE OF OSTEOPATHIC
MEDICINE and PATRICIO BRUNO
an individual,

    Defendants.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Plaintiff, Meredith Redding's Motion to Compel Better Answers to Interrogatories and Better Responses to First Request for Production of Documents to Defendant, Nova Southeastern University, Inc. College of Osteopathic Medicine [DE 27]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra [DE 19]. The parties are hereby notified as follows:

1.)     Plaintiff's counsel and Defendant's counsel shall appear before this Court on **Monday, September 29, 2014, at 1:30 p.m.**, at the United States Courthouse, 701 Clematis Street, 3rd Floor, Courtroom 5, West Palm Beach, Florida, 33401, to address Plaintiff's Motion to Compel [DE 27].

2.)     This Court will hear oral argument from the parties. The parties shall confer prior to the hearing in an attempt to arrive at stipulated facts.

3.)     Any motions for continuance of the hearing must be in writing and properly

filed with this Court prior to the date of the hearing. Should a motion for continuance be granted, the moving party SHALL notify all other parties after this Court has reset the date and time of the hearing.

4.)   In the event this matter settles prior to the hearing, Plaintiff is ORDERED to so inform this Court no later than noon on the business day preceding the hearing.

**DONE AND ORDERED** in Chambers this 17th day of September, 2014 at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE