UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 14-cv-60545-MARRA

**MEREDITH REDDING,**

       Plaintiff

v.

**NOVA SOUTHEASTERN UNIVERSITY, INC.
COLLEGE OF OSTEOPATHIC MEDICINE
and PATRICIO BRUNO, an individual,**

       Defendants.

### DEFENDANT NOVA SOUTHEASTERN UNIVERSITY'S
### NOTICE OF FILING AFFIDAVIT OF DR. MARGARET WILKINSON

       Defendant, NOVA SOUTHEASTERN UNIVERSITY, INC. (hereinafter referred to as "NSU") by and through its undersigned counsel, and files this, the Affidavit of Dr. Margaret Wilkinson, and states as follows:

       1.    On September 11, 2014, Defendant, NSU, filed its Response in Opposition to Plaintiff's Motion to Plaintiff's Motion to Compel Better Answers to Interrogatories and Better Responses to First Request for Production of Documents to Defendant, Nova Southeastern University, Inc. College of Osteopathic Medicine and Incorporated Memorandum of Law in Support Thereof.

       2.    The attached affidavit of Dr. Margaret Wilkinson is being filed in support of the aforementioned pleading.

[Intentionally Left Blank]

1

{00241187.DOCX. 1 }

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  18th  day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

PANZA, MAURER & MAYNARD, P.A.
Counsel for Defendant
Nova Southeastern University
Bank of America Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, FL  33308
Phone: (954)390-0100, Fax: (954)390-7991

By:    /s/Richard A. Beauchamp
RICHARD A. BEAUCHAMP, ESQ.
Fla. Bar No.: 471313
E-Mail: rbeauchamp@panzamaurer.com

## SERVICE LIST

Meredith Redding v. Nova Southeastern University, Inc. College of Osteopathic Medicine & Patricio Bruno
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 14-60545-CV-MARRA

**Shawn L. Birken, Esq.**
**Counsel for Plaintiff**
**Law Offices of Shawn L. Birken, P.A.**
**100 SE 3rd Avenue, Suite 1300**
**Fort Lauderdale, FL 33394**
**E-Mail: sbirken@birken-law.com**
**\*Service through CM/ECF Electronic Filing**

**Joyce Ackerbaum Cox, Esq.**
**Counsel for Defendant BRUNO**
**Baker & Hostetler, LLP**
**2300 SunTrust Center**
**200 South Orange Avenue**
**Post Office Box 112**
**Orlando, Florida 32802**
**\*Service through CM/ECF Electronic Filing**

{00241187.DOCX. 1 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 14-cv-60545-MARRA

**MEREDITH REDDING,**

Plaintiff

v.

**NOVA SOUTHEASTERN UNIVERSITY, INC.
COLLEGE OF OSTEOPATHIC MEDICINE
and PATRICIO BRUNO, an individual,**

Defendants.

## AFFIDAVIT OF DR. MARGARET WILKINSON

BEFORE ME, the undersigned authority, this day personally appeared Dr. Margaret Wilkinson who, after being duly sworn, under penalty of perjury, deposes and says as follows:

1. My name is Dr. Margaret Wilkinson.

2. I am employed by Nova Southeastern University ("NSU") as the Associate Dean for Pre-Clinical Education for the College of Osteopathic Medicine.

3. In connection with my position with NSU, I am familiar with the policies and procedures associated with the maintenance of records relating to student grades at the College of Osteopathic Medicine.

4. Records of grades for individual examinations are not maintained by the College of Osteopathic Medicine after final grades have been submitted for each course.

5. The NSU records retention policy does not mandate that records of grades for individual examinations be maintained.

6. There is no requirement that course directors maintain a log of which exam grades stem from make-up examinations.

7. Any records of grades for individual examinations, to the extent that any exist, would be maintained at the discretion of the course director for each course.

8. To the extent that any exist, records identifying which individual examination grades were the result of make-up examinations would be maintained at the discretion of the course director for each course.

9. To comply with Plaintiff's Request for Production #17, each course director, including those no longer employed by NSU, would need to review their course records for every student, for every course taught, for every semester, for a period of over five (5) years.

10. An attempt to comply Plaintiff's Request for Production #17 would subject NSU to an extraordinary amount of time and expense in contacting current and former faculty members and reviewing all documents relating to all student grades for all courses offered by the College of Osteopathic Medicine for the lengthy period referenced in the request.

11. Even if such a task is undertaken, it is unlikely that NSU will be able to fully comply with the request since faculty members are not required to maintain the requested information.

FURTHER AFFIANT SAYETH NAUGHT.

_Margaret Wilkinson_

STATE OF FLORIDA   )
                   ) ss:
COUNTY OF BROWARD  )

I HEREBY CERTIFY that on this day, before me, an officer duly qualified to take acknowledgments, personally appeared Margaret Wilkins, who is personally known to me, or who produced identification of _____ and is otherwise known to be the person described in and who executed the foregoing document, and she acknowledged before me that she executed the same.

WITNESS MY HAND AND OFFICIAL SEAL, in the County and State aforementioned, this 16 day of September, 2014.

_Stephanie Petrosky_
Notary Public, State of Florida

_Stephanie N. Petrosky_  EE# 166199
Printed Name of Notary Public

My Commission Expires: April 21, 2016

STEPHANIE N. PETROSKY
Notary Public - State of Florida
My Comm. Expires Apr 21, 2016
Commission # EE 166199

{00239145.DOCX. 1 }                2