UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-60545-CIV-MARRA/MATTHEWMAN

MEREDITH REDDING,

    Plaintiff,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC. COLLEGE OF OSTEOPATHIC
MEDICINE and PATRICIO BRUNO,

    Defendants.
_____/



## ORDER GRANTING DEFENDANT PATRICIO BRUNO'S UNOPPOSED MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION TO COMPEL SCHEDULED FOR SEPTEMBER 29, 2014 [DE 32]

THIS CAUSE came before the Court on Defendant Patricio Bruno's Unopposed Motion for Counsel to Appear at the hearing on Plaintiff's Motion to Compel Better Answers to Interrogatories and Better Responses to First Request for Production of Documents to Defendant, Nova Southeastern University, Inc. College of Osteopathic Medicine ("Motion") [DE 32].

THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Counsel for Defendant, Patricio Bruno, Joyce Ackerbaum Cox, may appear by telephone at the hearing on Plaintiff's Motion to Compel Better Answers to Interrogatories and Better Responses to First Request for Production of Documents to Defendant, Nova Southeastern University, Inc. College of Osteopathic Medicine, scheduled for Monday, September 29, 2014, at 1:30 p.m. Counsel for Defendant, Patricio Bruno, Joyce Ackerbaum Cox, is instructed to call Courtroom Deputy, Ken Zuniga, at

2

(561) 803-3407 and provide the land line telephone number at which Plaintiff's counsel can be reached for the hearing.

**DONE AND ORDERED** in Chambers this 23rd day of September, 2014 at West Palm Beach, in the Southern District of Florida.

*[signature]*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE