# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILLIAM MATTHEWMAN

===============================================================

CASE NO. 14-60545-CV-Marra/Matthewman  DATE: SEPTEMBER 29, 2014 at 1:30 P.M.

MEREDITH REDDING,

       Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC. COLLEGE OF OSTEOPATHIC
MEDICINE and PATRICIO BRUNO,
An individual,

       Defendants.

FILED by _____ D.C.
SEP 29 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

For Plaintiff: **SHAWN BIRKEN**

For Defendants NOVA: **RICHARD BEAUCHAMP**
FOR DEFT BRUNO: **JOYCE ACKERBAUM COX BY TELEPHONE**

TYPE OF HEARING: HEARING ON PLAINTIFF'S MOTION TO COMPEL BETTER ANSWERS TO INTERROGATORIES AND BETTER RESPONSES TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, NOVA SOUTHEASTERN UNIVERSITY, INC. COLLEGE OF OSTEOPATHIC MEDICINE [DE 27]

COUNSEL PRESENT

ARGUMENT HELD

THE COURT GRANTS IN PART AND DENIES IN PART THE MOTION.

WRITTEN ORDER TO BE ISSUED

TIME IN COURT: 1:31 - 1:53 PM   DAR: 13:31:55
(22 MINS)