# EXHIBIT 13

Nova Southeastern University College of Osteopathic Medicine
Clinical Rotation Evaluation

Student Name: MEREDITH REDDING
Period/Dates: JULY 2013
Site: FHEO
Preceptor Name: DR. DAVIS / DR. APPEL, DO
Circle: (D.O) or M.D
Rotation: Surgery

PLEASE EVALUATE THE STUDENT ON EACH OF THE SEVEN AOA CORE COMPETENCIES AS THEY PERTAIN TO YOUR PRACTICE

### Grading Key

**Pass with Honors**
- earn an average score of 4.5 or higher in each competency that was assessed
- AND earn 95 or above on end of rotation examination on first administration
- AND complete Web module during rotation

**Pass**
- earn an average score of 2 or higher in each competency that was assessed
- AND earn 70 or above on the end of rotation examination
- AND complete Web module within 30 days after end of rotation

**Fail**
- earn an average score lower than 2 for at least one competency
- OR earn less than 70 on the end of rotation examination
- OR not complete Web module within 30 days after end of rotation

Please Circle 5 – 1 or NA (not assessed this rotation)

| | Always | | Half the time | | Never | |
|---|---|---|---|---|---|---|

**1. Osteopathic Principles**

| | Always | | Half the time | | Never | |
|---|---|---|---|---|---|---|
| Applies osteopathic principles and philosophy in patient-centered care | 5 | 4 | 3 | 2 | 1 | (NA) |
| Performs appropriate osteopathic structural exams as indicated | 5 | 4 | 3 | 2 | 1 | (NA) |
| Employs osteopathic manipulative treatment as indicated | 5 | 4 | 3 | 2 | 1 | (NA) |

**2. Medical Knowledge**

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates an adequate knowledge base for specialty and level | 5 | 4 | (3) | 2 | 1 | NA |
| Applies knowledge base appropriately to clinical decision making | 5 | 4 | (3) | 2 | 1 | NA |
| Performs skills appropriate to level of training | 5 | 4 | (3) | 2 | 1 | NA |
| Identifies potential etiologies for patient problems (common/important diseases/disorders) | 5 | 4 | (3) | 2 | 1 | NA |
| Demonstrates use of investigative and analytical thinking in clinical situations | 5 | 4 | (3) | 2 | 1 | NA |

**3. Patient Care**

| | | | | | | |
|---|---|---|---|---|---|---|
| Performs appropriate history and physical exams on assigned patients | 5 | 4 | (3) | 2 | 1 | NA |
| Evaluates assigned patients in a timely fashion | 5 | 4 | (3) | 2 | 1 | NA |
| Participates in development of effective management plans | 5 | 4 | (3) | 2 | 1 | NA |
| Participates in implementation of effective management plans | 5 | 4 | (3) | 2 | 1 | NA |
| Applies health promotion/disease prevention approach in patient care | 5 | 4 | (3) | 2 | 1 | NA |

**4. Professionalism**

| | | | | | | |
|---|---|---|---|---|---|---|
| Applies ethical standards to patient care | 5 | 4 | 3 | (2) | 1 | NA |
| Demonstrates respect and sensitivity for all patients | 5 | 4 | 3 | (2) | 1 | NA |
| Interacts appropriately on a health care team | 5 | 4 | 3 | 2 | (1) | NA |
| Demonstrates compassion and concern for others | 5 | 4 | 3 | (2) | 1 | NA |
| Is dependable, conscientious, and self-directed in completing tasks | 5 | 4 | 3 | 2 | (1) | NA |

**5. Interpersonal and Communication Skills**

| | | | | | | |
|---|---|---|---|---|---|---|
| Communicates effectively (listening and speaking) with patients and families | 5 | 4 | 3 | (2) | 1 | NA |
| Communicates effectively with preceptors, staff, and peers | 5 | 4 | 3 | 2 | (1) | NA |
| Provides complete and legible documentation in the medical record as appropriate | 5 | 4 | (3) | 2 | 1 | NA |

**6. Practice-Based Learning and Improvement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Applies current evidence to patient management | 5 | 4 | (3) | 2 | 1 | NA |
| Uses electronic resources in patient care | 5 | 4 | (3) | 2 | 1 | NA |
| Provides feedback as appropriate (to peers, interns, residents, preceptors) | 5 | 4 | 3 | (2) | 1 | NA |

**7. Systems-Based Practice**

| | | | | | | |
|---|---|---|---|---|---|---|
| Identifies cost-effective patient care (appropriate labs, radiology, treatment, etc.) | 5 | 4 | 3 | 2 | 1 | (NA) |
| Participates in the efficient use of community resources in patient care | 5 | 4 | 3 | 2 | 1 | (NA) |
| Collaborates in the delivery of quality patient care within the health care system | 5 | 4 | 3 | 2 | (1) | NA |

For NSU-COM Clinical Education Administration Use ONLY      Circle Grade:  PH      P      F

**Please Provide Comments and Signatures on Back of Form**

Redding / Bruno
BRUNO 00011

PLEASE COMPLETE FRONT OF FORM

**Strengths:**

_____
_____
_____
_____
_____

**Areas in Need of Improvement:**

Ms. Redding had poor interpersonal skills with doctors on the team and in the residency program. She had poor boundary judgement and was described as having inappropriate peer + supervisory interactions. She also spoke out of place when speaking to residents. She missed several days + lectures without appropriate approval.

**Additional Comments:**

We are concerned that this student has been undergoing personal problems which are impeding w/ her performance. We recommend that the school intervene in order to assist the student w/ her personal problem so as to not further jeopardize her for clinical training.

**Number of Days Absent:** 3-4

Signature(s) of those completing form (Note - form must be signed by preceptor to be accepted):

Dr. Davis - attg   Dr. Appel - PGY2
Dr. Ware   PGY1   8/10/13.

_____   _____   _____   _____
Preceptor Signature       Date     Resident Signature        Date
                                   (Only if participated in student evaluation)

_____   _____
Student Signature         Date

Patricio Bruno, DO        Bruno DO        8/10/13
_____   _____   _____
DME Print Name            DME Signature            Date

**Students must either mail or hand delivery this evaluation**
DMEs and preceptors may turn in this evaluation form via one of the following:

| Mail: | Fax: | Email: |
|---|---|---|
| Nova Southeastern University | Office of Clinical Education | elainel@nova.edu |
| College of Osteopathic Medicine | (954) 262-3874 | kb1143@nova.edu |
| Office of Clinical Education | | debrchas@nova.edu |
| 3200 South University Drive | | eg642@nova.edu |
| Fort Lauderdale, FL 33328 | | |