# EXHIBIT 14

## Nova Southeastern University College of Osteopathic Medicine
### Clinical Rotation Evaluation

MEREDITH REDDING     Aug 2013     FHEO
Student Name       Period/Dates       Site

DR. DELIWALA.     D.O. or (M.D)     PEDIATRICS
Preceptor Name       Circle       Rotation

**PLEASE EVALUATE THE STUDENT ON EACH OF THE SEVEN AOA CORE COMPETENCIES AS THEY PERTAIN TO YOUR PRACTICE**

| Grading Key | | |
|---|---|---|
| **Pass with Honors** | **Pass** | **Fail** |
| • earn an average score of 4.5 or higher in each competency that was assessed | • earn an average score of 2 or higher in each competency that was assessed | • earn an average score lower than 2 for at least one competency |
| • AND earn 95 or above on end of rotation examination on first administration | • AND earn 70 or above on the end of rotation examination | • OR earn less than 70 on the end of rotation examination |
| • AND complete Web module during rotation | • AND complete Web module within 30 days after end of rotation | • OR not complete Web module within 30 days after end of rotation |

Please Circle 5 – 1 or NA (not assessed this rotation)

| | Always | | Half the time | | Never | |
|---|---|---|---|---|---|---|
| **1. Osteopathic Principles** | | | | | | |
| Applies osteopathic principles and philosophy in patient-centered care | 5 | 4 | 3 | 2 | 1 | (NA) |
| Performs appropriate osteopathic structural exams as indicated | 5 | 4 | 3 | 2 | 1 | (NA) |
| Employs osteopathic manipulative treatment as indicated | 5 | 4 | 3 | 2 | 1 | (NA) |
| **2. Medical Knowledge** | | | | | | |
| Demonstrates an adequate knowledge base for specialty and level | 5 | 4 | 3 | 2 | 1 | (NA) |
| Applies knowledge base appropriately to clinical decision making | 5 | 4 | 3 | 2 | 1 | (NA) |
| Performs skills appropriate to level of training | 5 | 4 | 3 | 2 | 1 | (NA) |
| Identifies potential etiologies for patient problems (common/important diseases/disorders) | 5 | 4 | 3 | 2 | 1 | (NA) |
| Demonstrates use of investigative and analytical thinking in clinical situations | 5 | 4 | 3 | 2 | 1 | (NA) |
| **3. Patient Care** | | | | | | |
| Performs appropriate history and physical exams on assigned patients | 5 | 4 | 3 | 2 | 1 | (NA) |
| Evaluates assigned patients in a timely fashion | 5 | 4 | 3 | 2 | 1 | (NA) |
| Participates in development of effective management plans | 5 | 4 | 3 | 2 | 1 | (NA) |
| Participates in implementation of effective management plans | 5 | 4 | 3 | 2 | 1 | (NA) |
| Applies health promotion/disease prevention approach in patient care | 5 | 4 | 3 | 2 | 1 | (NA) |
| **4. Professionalism** | | | | | | |
| Applies ethical standards to patient care | 5 | 4 | 3 | 2 | (1) | NA |
| Demonstrates respect and sensitivity for all patients | 5 | 4 | 3 | 2 | (1) | NA |
| Interacts appropriately on a health care team | 5 | 4 | 3 | 2 | (1) | NA |
| Demonstrates compassion and concern for others | 5 | 4 | 3 | 2 | (1) | NA |
| Is dependable, conscientious, and self-directed in completing tasks | 5 | 4 | 3 | 2 | (1) | NA |
| **5. Interpersonal and Communication Skills** | | | | | | |
| Communicates effectively (listening and speaking) with patients and families | 5 | 4 | 3 | 2 | (1) | NA |
| Communicates effectively with preceptors, staff, and peers | 5 | 4 | 3 | 2 | (1) | NA |
| Provides complete and legible documentation in the medical record as appropriate | 5 | 4 | 3 | 2 | (1) | NA |
| **6. Practice-Based Learning and Improvement** | | | | | | |
| Applies current evidence to patient management | 5 | 4 | 3 | 2 | 1 | (NA) |
| Uses electronic resources in patient care | 5 | 4 | 3 | 2 | 1 | (NA) |
| Provides feedback as appropriate (to peers, interns, residents, preceptors) | 5 | 4 | 3 | 2 | 1 | (NA) |
| **7. Systems-Based Practice** | | | | | | |
| Identifies cost-effective patient care (appropriate labs, radiology, treatment, etc.) | 5 | 4 | 3 | 2 | 1 | (NA) |
| Participates in the efficient use of community resources in patient care | 5 | 4 | 3 | 2 | 1 | (NA) |
| Collaborates in the delivery of quality patient care within the health care system | 5 | 4 | 3 | 2 | 1 | (NA) |

| For NSU-COM Clinical Education Administration Use ONLY. | Circle Grade: | PH | P | F. |
|---|---|---|---|---|

**Please Provide Comments and Signatures on Back of Form**

Redding / Bruno
BRUNO 00009

PLEASE COMPLETE FRONT OF FORM

Strengths:

_____
_____
_____
_____
_____

Areas in Need of Improvement:

_Student did not participate in the rotation and was_
_absent without leave for several days. She additionally_
_missed mandatory student lecture — one of which she_
_was scheduled to present._

Additional Comments:

_____
_____
_____
_____
_____
_____

Number of Days Absent: 4 - 5

Signature(s) of those completing form (Note - form <u>must</u> be signed by preceptor to be accepted):

_____    _____    _____    _____
**Preceptor Signature**           Date            **Resident Signature**          Date
                                               (Only if participated in student evaluation)

_____    _____
**Student Signature**              Date

_Patricia Bruno, DO_                _Bruno DO_                8/10/13
**DME Print Name**                 **DME Signature**                       Date

┌─────────────────────────────────────────────────────────────────────┐
│ **Students must either mail or hand delivery this evaluation**         │
│ DMEs and preceptors may turn in this evaluation form via one of the following: │
│                                                                         │
│ **Mail:**                    **Fax:**                   **Email:**       │
│ Nova Southeastern University     Office of Clinical Education    elainel@nova.edu │
│ College of Osteopathic Medicine  (954) 262-3874             kb1143@nova.edu │
│ Office of Clinical Education                            debrchas@nova.edu │
│ 3200 South University Drive                             eg642@nova.edu   │
│ Fort Lauderdale, FL 33328                                               │
└─────────────────────────────────────────────────────────────────────┘

Redding / Bruno
BRUNO 00010